**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

MARY BRASWELL, et al.       )
                              )
vs.                          )   **Civil Action No. 3:09-0691**
                              )   **Judge Nixon/Knowles**
CORRECTIONS CORPORATION OF    )
AMERICA                     )

## <u>O R D E R</u>

The Order of the Court entered on the docket on July 27, 2011 (Docket Entry No. 56), is hereby amended as follows: *The jury trial is reset for **October 2, 2012,** at 9:00 a.m.*

All other provisions of the previously entered Order shall remain in effect as ordered.

IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge